UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE FISHBEIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No. 3:21-cv-05678-WHO<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)]<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:  July 23, 2021 |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: October 12, 2021



_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE